**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-01005-CV
_____

**GILBERT CHAMMAS, Appellant**

**V.**

**NLH, LLC ET AL., HAIR HOUSTON CROSSTIMBERS, LP, HAIDAR HOUSTON CROSSTIMBERS LP AND TJA & NLH, LLC, GENERAL P, MOUSSA HAIDAR GEN PARTNER, MARY HERNANDEZ, BASSIMA HAIDAR, AND MOUSSA HAIDAR, Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1224413**

---

## MEMORANDUM OPINION

On December 15, 2025, the parties filed an Agreed Motion to Dismiss Appeal, representing that the parties "participated in mediation and executed a mediated settlement agreement which resolved all disputes related to this appeal" and

1

requesting "that this Court dismiss the appeal with prejudice pursuant to Texas Rule of Appellate Procedure 42.1(a)(l)."

We grant the parties' motion to dismiss and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.